George **TOLLIVER**, Movant, v. **COMMONWEALTH** of Kentucky, Opposed.

Court of Appeals of Kentucky.

Nov. 7, 1952.

Harry M. Caudill, Whitesburg, for movant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Judgment affirmed. No prejudicial error was committed in the admission of proof.